UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIAM K. HAND, individually and on behalf of all others similarly situated, Plaintiffs,** | * * * * | **CIVIL ACTION NO. 2:20-CV-00607** **SECTION: "R" (3)** |
| **VERSUS** | * * | **JUDGE: SARAH VANCE** |
| **SECURE LENDING INCORPORATED Defendant** | * * * | **MAGISTRATE: DANA DOUGLAS** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO FIX ATTORNEYS' FEES PURSUANT TO THE FEBRUARY 24, 2021 ORDER

Plaintiff William K. Hand ("Plaintiff"), individually and on behalf of all others similarly situated, files this motion, pursuant to the Court's February 24, 2021 Order (Rec. Doc. 42), seeking to have the Court fix the amount of reasonable costs and fees, including attorneys' fees, awarded to Plaintiff in connection with preparing and pursuing its Motion to Compel (Rec. Doc. 34). Plaintiff requests that the Court fix the amount to be awarded, based upon the attached supporting information, at $8,507.50.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order fixing the amounts of costs and fees awarded to Plaintiff in the amount of $8,507.50.

Dated:  March 11, 2021.

Respectfully Submitted,

/s/ Paul. M. Sterbcow
PAUL M. STERBCOW (#17817)
BETH E. ABRAMSON (#27350)
JESSICA L. IBERT (#33196)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
babramson@lksalaw.com
jibert@lksalaw.com
itaylor@lksalaw.com

And

/s/ Derek M. Bast
Sean C. Wagner (N.C. Bar No. 50233), *pro hac vice*
Derek M. Bast (N.C. Bar No. 49069), *pro hac vice*
WAGNER HICKS PLLC
831 E. Morehead Street, Suite 860
Charlotte, North Carolina 28202
Telephone: (704) 705-7787
sean.wagner@wagnerhicks.law
derek.bast@wagnerhicks.law

ATTORNEYS FOR PLAINTIFF WILLIAM K. HAND
AND THE PROPOSED CLASS


## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of filing to all parties.

Date: March 11, 2021.

/s/ Derek M. Bast
Derek M. Bast