UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM K. HAND | CIVIL ACTION |
| VERSUS | NO. 20-607 |
| SECURE LENDING, INC. | SECTION "R" (3) |

## ORDER AND REASONS

Before the Court is plaintiff William Hand's *ex parte* motion for a status conference.[1] Plaintiff represents that defendant Secure Lending, Inc. ("SLI") has failed to participate in this litigation, by refusing to engage in discovery, and by failing to secure counsel, as required for participation in the case. Plaintiff asserts that defendant's noncompliance in these respects has compromised plaintiff's ability to acquire evidence for his motions for summary judgment and for class certification.[2] The current deadline for motions for summary judgment and class certification is November 30, 2021.[3]

---

[1]    R. Doc. 64.
[2]    *Id.* at 2.
[3]    R. Doc. 47 at 1.

In light of defendant's repeated failures to adequately respond to discovery[4] or to secure counsel,[5] the Court GRANTS plaintiff's motion. The Court hereby continues the November 30, 2021 deadline for motions for summary judgment and class certification. The Court will reset this deadline at a status conference, to be held in person before the District Judge in the Courtroom of Section R. The conference shall take place on **Tuesday, December 14, 2021, at 11:00 a.m.**

Defendant is ordered to appear in person at the status conference through counsel duly enrolled in this proceeding, or, if no counsel has been enrolled, defendant's President, Mehedi Hassan, shall appear to explain SLI's failure to enroll counsel. Plaintiff shall attend in person through counsel.

In the meantime, plaintiff shall pursue any continuing discovery derelictions before the Magistrate Judge.

The Hale Boggs Federal Building and Courthouse requires all entrants to show proof of full COVID-19 vaccination or, if unvaccinated, a negative

---

[4] *See* R. Doc. 42 (Order granting plaintiff's motion to compel); R. Doc. 60 (Order granting in part plaintiff's motion for sanctions and ordering defendant to withdraw all discovery objections).

[5] R. Doc. 51 (Order requiring defendant to secure counsel); R. Doc. 55 (Order requiring defendant to secure counsel); R. Doc. 58 (Order requiring defendant to secure counsel); R. Doc. 62 (Minute Entry noting that counsel has not been enrolled for defendant.).

PCR test from within the previous 72 hours. Section R requires the same for entrance into the courtroom. **Note that a rapid test does not satisfy the testing requirement for entrance into the Section R courtroom.** Inside the courtroom, masks must be worn at all times, and participants must seat themselves at least six feet apart from each other.

New Orleans, Louisiana, this __23rd__ day of November, 2021.

_____*Sarah Vance*_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE