UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIAM K. HAND, individually and on behalf of all others similarly situated,** Plaintiffs, | * * * * | CIVIL ACTION NO. 2:20-CV-00607 SECTION: "R" (3) |
| **VERSUS** | * * | JUDGE: SARAH VANCE |
| **SECURE LENDING INCORPORATED** Defendant | * * * | MAGISTRATE: DANA DOUGLAS |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SETTLEMENT

Plaintiff William K. Hand respectfully hereby gives notice to the Court that the parties in the above-styled matter have reached a settlement in principle of this case in its entirety. The parties are currently preparing a written settlement agreement, but anticipate it will take up to one hundred (100) days to carry out all of the actions contemplated therein. Plaintiffs respectfully request that the parties be given one hundred (100) days to finalize the settlement agreement, carry out the terms of the settlement agreement, and file the notice of dismissal. Undersigned counsel has consulted with Defendant's representative, who consents to the relief requested herein.

Dated:  February 9, 2022.

Respectfully Submitted,

/s/ Derek M. Bast
Sean C. Wagner (N.C. Bar No. 50233), *pro hac vice*
Derek M. Bast (N.C. Bar No. 49069), *pro hac vice*
WAGNER HICKS PLLC
831 E. Morehead Street, Suite 860
Charlotte, North Carolina 28202
Telephone: (704) 705-7787
sean.wagner@wagnerhicks.law
derek.bast@wagnerhicks.law

  And

PAUL M. STERBCOW (#17817)
BETH E. ABRAMSON (#27350)
JESSICA L. IBERT (#33196)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
babramson@lksalaw.com
jibert@lksalaw.com
itaylor@lksalaw.com


ATTORNEYS FOR PLAINTIFF WILLIAM K. HAND
AND THE PROPOSED CLASS

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of filing to all parties. I have also served the following non-CM/ECF parties by email and U.S. Mail:

Secure Lending Incorporated
Mehedi Hassan, President
707 Brookpark Rd.
Cleveland, OH 44109-5800
m.hassan@securelending.us
Date:  November 19, 2021.

    /s/ Derek M. Bast
    Derek M. Bast