UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM K. HAND** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-607** |
| **SECURE LENDING INCORPORATED** | **SECTION "R" (3)** |

## ORDER

Before the Court is a Motion to Fix Attorneys' Fees Pursuant to the November 9, 2021 Order (Rec. Doc. No. 63) filed by Plaintiff, William K. Hand. The Court having been advised by counsel that the parties have agreed upon a compromise in this matter that includes the instant motion,

**IT IS ORDERED** that the **Motion to Fix Attorneys' Fees Pursuant to the November 9, 2021 Order (Rec. Doc. No. 63)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 16th day of February, 2022.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**